AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

Computer ACER Model: ES1-111; serial number NXMSNAA0014391A6277600 black in color that is stored at the premises FBI Columbus, Ohio

Case No. 2:15mj 248

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

• Computer ACER Model: ES1-111; serial number NXMSNAA0014391A6277600 black in color that is stored at the premises; FBI Columbus 425 W Nationwide Blvd. Columbus, Ohio 43215 (See Attachment A)

located in the _____Southern_____ District of _____Ohio_____, there is now concealed *(identify the person or describe the property to be seized)*:
(See Attachment D)

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 | §2339A providing material support to terrorists, §2339B, providing material support to a designated foreign terrorist organization, §1117 by conspiring with two or more persons to violate 1114, knowing and intending that they were to be used |

The application is based on these facts:
(See Attached Affidavit)

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Matthew W. Guinn, FBI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 3/17/15

*Judge's signature*

City and state: Columbus, Ohio

U.S. Magistrate Judge Elizabeth Preston Deavers
*Printed name and title*